## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANETA HADZI-TANOVIC, individually and as a natural mother and next friend for SP, KP, and MP, all minors, <br><br>  Plaintiff, <br><br> v. <br><br> ROBERT W. JOHNSON, DAVID P. PASULKA, and SLOBODAN M. PAVLOVICH <br><br>  Defendants. | No. 20 C 03460 <br><br> Judge John J. Tharp, Jr. |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr. on a motion to dismiss, it is hereby ORDERED:

Judgment is hereby entered in favor of defendants Robert W. Johnson, David P. Pasulka, and Slobodan M. Pavlovich, and against plaintiff Aneta Hadzi-Tanovic. This judgment is without prejudice to the assertion of the plaintiff's claims in state court. The parties shall bear their own costs.

Dated: November 24, 2021

John J. Tharp, Jr.
United States District Judge